# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE MITCHELL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>FRED FIGUEROA, Warden,<br><br>　　　　Respondent. | CASE NO. CV 16-3339-GW (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting the Report and Recommendation of the U.S. Magistrate Judge, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: December 1, 2017

HON. GEORGE H. WU
U.S. DISTRICT JUDGE